Christopher Len (Bar No. 257052)
M. Benjamin Eichenberg (Bar No. 270893)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: chris@baykeeper.org
Email: ben@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

Molly Coyne (Bar No. 312914)
PAUL HASTINGS LLP
101 California St., 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: mollycoyne@paulhastings.com

Attorney for Defendants
Air Products Manufacturing Corporation and Air
Products and Chemicals, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AIR PRODUCTS MANUFACTURING CORPORATION; and AIR PRODUCTS AND CHEMICALS, INC.,<br><br>Defendants. | Case No. 3:19-cv-07518-RS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER AS MODIFIED BY THE COURT** |

Case No.  3:19-cv-07518-NC

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEFENDANT'S TIME TO
RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 7-12, the parties, Plaintiff, San Francisco Baykeeper, and Defendants, Air Products and Chemicals, Inc., and Air Products Manufacturing Corporation (collectively, "Defendants"), by and through their respective counsel, stipulate and request that the court enter an order extending defendant's time to file an answer or other responsive pleading by 90 days. The parties state as follows:

1. Plaintiff filed its complaint on November 14, 2019.

2. On January 6, 2020, Defendants received by certified mail a copy of the summons and the complaint, making March 6, 2020, the deadline for Defendants to answer or otherwise respond to the complaint.

3. On January 21, 2020, based upon the parties' belief that an early settlement in the matter was possible, the parties filed a Stipulation to Extend Time to Respond to Complaint and to continue the Initial Case Management Conference. ECF 7. The parties agreed that the initial case management conference would be continued from February 19, 2020 to April 20, 2020 and the deadline for Defendants to answer or otherwise respond to the complaint would be continued to May 5, 2020. The stipulation was granted by Judge Nathanael Cousins on January 1, 2020.

4. On January 23, 2020, the case was reassigned to Judge Richard Seeborg. On January 27, 2020, Judge Seeborg rescheduled the initial case management conference for 10:00 AM on April 23, 2020. ECF No. 14.

5. The parties have since conferred extensively and have made significant progress toward reaching a resolution. However, the parties' efforts at finalizing a settlement have been complicated by the current COVID-19 pandemic, which makes it impossible to commit to the deadlines for design and construction elements of the remedy previously anticipated by the parties.

6. The parties do not wish to incur further fees in preparing or opposing dispositive motions at this time given the possibility of settlement, and do not wish to cause the Court to use its time in considering motions that may be obviated by an early settlement. In an effort to resolve this matter without further litigation, the parties desire to continue negotiating in good faith to

resolve the issues posed by the COVID-19 pandemic and anticipate reaching a final settlement in this action within an additional ninety (90) days.

7. Plaintiff and defendants are therefore in agreement that Defendants' date to file an Answer or other pleading responsive to the Complaint be extended by 90 days, to August 3, 2020.

8. By Order dated January 27, 2020, the Court set an initial case management conference at 10:00 AM on April 23, 2020. ECF No. 14. The parties further stipulate to continue the initial case management conference from April 23, 2020 to July 22, 2020, or as soon thereafter as the Court is available.

    (a) Further deadlines shall correspond to the new Case Management Conference date, such that: The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due one week before the Case Management Conference.

    (b) The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one week before the Case Management Conference.

9. This change will not alter the date of any other event or deadline already fixed by Court order, other than the date of the initial case management conference.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants will have until August 3, 2020 to respond to Plaintiff's complaint. The parties further respectfully request that the initial case management conference be continued to July 23, 2020.

| | |
|---|---|
| **SO STIPULATED** | Respectfully submitted, |
| DATED: April 8, 2020 | SAN FRANCISCO BAYKEEPER |
| | By: /s/ M. Benjamin Eichenberg |
| |        M. Benjamin Eichenberg |
| | Attorney for Plaintiff |
| | San Francisco Baykeeper |

| | | |
|---|---|---|
| DATED: April 8, 2020 | | PAUL HASTINGS LLP |

By:     /s/ Molly Coyne
        Molly Coyne

Attorney for Defendants
Air Products Manufacturing Corporation and
Air Products and Chemicals, Inc.

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Molly Coyne, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants are to answer or otherwise respond to Plaintiff's complaint by August 3, 2020. The initial case management conference will be held on July 23, 2020 at 10:00 AM. The parties shall file a joint case management statement seven days prior to the conference.

DATED: April 13, 2020          By: _/s/ Richard Seeborg_
        Hon. Richard Seeborg
        United States District Court Judge