1   M. Benjamin Eichenberg (Bar No. 270893)
    Nicole C. Sasaki (Bar No. 298736)
2   SAN FRANCISCO BAYKEEPER
    1736 Franklin Street, Suite 800
3   Oakland, California 94612
    Telephone: (510) 735-9700
4   Facsimile: (510) 735-9160
    Email: chris@baykeeper.org
5   Email: ben@baykeeper.org
    Email: nicole@baykeeper.org
6
    Attorneys for Plaintiff
7   SAN FRANCISCO BAYKEEPER

8   Molly Coyne (Bar No. 312914)
    PAUL HASTINGS, LLP
9   101 California St., 48th Floor
    San Francisco, California 94111
10  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
11  Email: mollycoyne@paulhastings.com

12  Attorney for Defendants
    Air Products Manufacturing Corporation; and Air
13  Products and Chemicals, Inc.

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19   SAN FRANCISCO BAYKEEPER, a non-        Case No. 3:19-cv-07518-RS
     profit corporation,
20                                          **STIPULATION TO EXTEND TIME TO**
                    Plaintiff,              **RESPOND TO COMPLAINT AND TO**
21                                          **CONTINUE INITIAL CASE**
            vs.                             **MANAGEMENT CONFERENCE;**
22                                          **ORDER**
     AIR PRODUCTS MANUFACTURING
23   CORPORATION; and AIR PRODUCTS AND
     CHEMICALS, INC.,
24
                    Defendants.
25

26

27

28
                                            STIPULATION AND ORDER TO EXTEND
     Case No.  3:19-cv-07518-NC             DEFENDANT'S TIME TO RESPOND TO
                                            COMPLAINT

1    Pursuant to Civil Local Rule 7-12, the parties, Plaintiff, San Francisco Baykeeper, and

2    Defendants, Air Products and Chemicals, Inc., and Air Products Manufacturing Corporation

3    (collectively, "Defendants"), by and through their respective counsel, stipulate and request that

4    the court enter an order extending defendant's time to file an answer or other responsive pleading

5    by 25 days.  The parties state as follows:

6        1.    Plaintiff filed its complaint on November 14, 2019.

7        2.    On January 6, 2020, Defendants received by certified mail a copy of the summons

8    and the complaint, making March 6, 2020, the deadline for Defendants to answer or otherwise

9    respond to the complaint.

10       3.    On January 21, 2020, based upon the parties' belief that an early settlement in the

11   matter was possible, the parties filed a Stipulation to Extend Time to Respond to Complaint and

12   to continue the Initial Case Management Conference.  ECF 7.  The parties agreed that the initial

13   case management conference would be continued from February 19, 2020 to April 20, 2020 and

14   the deadline for Defendants to answer or otherwise respond to the complaint would be continued

15   to May 5, 2020.  The stipulation was granted by Judge Nathanael Cousins on January 1, 2020.

16       4.    On January 23, 2020, the case was reassigned to Judge Richard Seeborg.  On

17   January 27, 2020, Judge Seeborg rescheduled the initial case management conference for 10:00

18   AM on April 23, 2020.  ECF No. 14.

19       5.    On April 8, 2020, the parties filed their Second Stipulation to Extend Time to

20   Respond to Complaint and to Continue the Initial Case Management Conference.  On April 13,

21   2020, Judge Seeborg rescheduled the initial case management conference for 10:00 AM on July

22   23, 2020, and set the deadline to respond to the complaint to August 3, 2020.  ECF No. 21.

23       6.    On July 9, 2020, the parties filed their Third Stipulation to Extend Time to

24   Respond to Complaint and to Continue the Initial Case Management Conference.  On July 9,

25   2020, Judge Seeborg rescheduled the initial case management conference for 10:00 AM on

26   September 24, 2020, and set the deadline to respond to the complaint to September 17, 2020.

27   ECF No. 25.

28

Case No.  3:19-cv-07518-RS                    - 2 -

STIPULATION AND ORDER TO EXTEND
DEFENDANT'S TIME TO RESPOND TO
COMPLAINT

7.      The parties have since conferred extensively and are very close to reaching a resolution. However, the parties require additional time to finalize their settlement.

8.      The parties do not wish to incur further fees in preparing or opposing dispositive motions at this time given the imminence of settlement, and do not wish to cause the Court to use its time in considering motions that may be obviated by an early settlement. In an effort to resolve this matter without further litigation, the parties desire to continue negotiating in good faith to resolve the remaining issues and anticipate reaching a final settlement in this action within an additional twenty-five (25) days.

9.      Plaintiff and Defendants are therefore in agreement that Defendants' date to file an Answer or other pleading responsive to the Complaint be extended by approximately 25 days, to October 12, 2020.

10.     By Order dated July 9, 2020, the Court set an initial case management conference at 10:00 AM on September 24, 2020. ECF No. 25. The parties further stipulate to continue the initial case management conference from September 24 to October 19, 2020, or as soon thereafter as the Court is available.

(a) Further deadlines shall correspond to the new Case Management Conference date, such that: The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due one week before the Case Management Conference.

(b) The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one week before the Case Management Conference.

11.     This change will not alter the date of any other event or deadline already fixed by Court order, other than the date of the initial case management conference.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants will have until October 12, 2020 to respond to Plaintiff's complaint. The parties further respectfully request that the initial case management conference be continued to October 19, 2020.

**SO STIPULATED**                    Respectfully submitted,

DATED:  September 2, 2020            SAN FRANCISCO BAYKEEPER


By:      /s/ M. Benjamin Eichenberg
                M. Benjamin Eichenberg

Attorney for Plaintiff
San Francisco Baykeeper

DATED:  September 2, 2020            PAUL HASTINGS LLP


By:/s/ Molly Coyne
                Molly Coyne

Attorney for Defendants
Air Products Manufacturing Corporation; and
Air Products and Chemicals, Inc.

## ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Molly Coyne, attest that I have obtained

concurrence in the filing of this document from the other signatory listed here.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants are to answer or otherwise

respond to Plaintiff's complaint by October 12, 2020. The initial case management conference

will be held on October 19, 2020 at 10:00 AM. The parties shall file a joint case management

statement seven days prior to the conference.  All parties shall appear telephonically and must

contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange

their participation.


DATED:  September _2_, 2020          By:
                                        Hon. Richard Seeborg
                                        United States District Court Judge


Case No.  3:19-cv-07518-RS          - 4 -          STIPULATION AND ORDER TO EXTEND
                                                   DEFENDANT'S TIME TO RESPOND TO
                                                   COMPLAINT